IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM T. SMITH**                                                                                      **PLAINTIFF**

**v.**                                    **Case No. 3:22-cv-00042-LPR**

**CRITTENDEN COUNTY, ARKANSAS**                                               **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Crittenden County, Arkansas on all claims in this case.

IT IS SO ADJUDGED this 15th day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE